# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| JOHN EDWARD HALL,<br><br>       *Plaintiff*,<br><br>v.<br><br>ALBEMARLE COUNTY SCHOOL BOARD<br>and MATT HAAS, SUPERINTENDENT,<br><br>       *Defendants*. | Case No. 3:20-cv-00059<br><br>ORDER<br><br>Judge Norman K. Moon |

  For the reasons set forth in the accompanying Memorandum Opinion issued this day, the Court hereby **ADOPTS in full** the Report & Recommendation of U.S. Magistrate Judge Robert S. Ballou ("R&R"), Dkt. 36, **OVERRULES** the Plaintiff's objections to the R&R, Dkt. 37, and further **DISMISSES this case** *with prejudice*.

  The Clerk of Court is directed to strike this case from the Court's active docket.

  It is so **ORDERED**.

  The Clerk of Court is directed to send a certified copy of this Order to the parties.

  ENTERED this 28th day of September, 2021.

*[Signature]*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE